DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STACEY BOUALI** and **MICHAEL GREAR,**
Appellants,

v.

**LUMENA LITTS,**
Appellee.

No. 4D22-3128

[July 27, 2023]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Lauren G. Burke, Judge; L.T. Case No. 50-2022-SC-009676-XXXX-MB.

Stacey Bouali and Michael Grear, Royal Palm Beach, pro se.

Michael Gulisano of Gulisano Law, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***